IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., | |
| Plaintiff | Docket. No. 2:16-cv-04467 |
| v. | |
| JOHN DOES 1-5, | ORDER |
| Defendants | |

FILED
SEP - 8 2016
LUCY V. CHIN, Interim Clerk
By_____ Dep. Clerk

AND NOW, this __8th__ day of __September__ 2016 upon consideration of Plaintiff's Motion for Expedited Discovery and for good cause shown, it is hereby **ORDERED** that the Motion is hereby **GRANTED** as follows:

1. Plaintiff may serve the Internet Service Provider ("ISP") for the Defendants with a Rule 45 subpoena commanding the ISP to provide Plaintiff with the true name and address of each Defendant John Doe to whom the ISP assigned the IP address at issue. Plaintiff shall attach to any such subpoena a copy of this Order.

2. Plaintiff may also serve a Rule 45 subpoena in the same manner as above on any related intermediary ISP that is identified in response to a subpoena as a provider of internet services to Defendant John Doe.

4. With respect to any ISP that qualifies as a "cable operator" as defined by 47 U.S.C. § 522(5), this ruling further authorizes disclosure of information pursuant to 47 U.S.C. §551(c)(2)(B).

5. Any future notices to Defendant in this case must be approved by the Court.

6. Plaintiff may use the information disclosed in response to a Rule 45 subpoena solely for the purpose of protecting Plaintiff's rights as set forth in its Complaint.

It is so **ORDERED**.

By the Court:

*Hon. Cynthia M. Rufe J.*
Cynthia M. Rufe, J.

ENTERED
SEP -8 2016
CLERK OF COURT